### No. 868

### SMALLEY v. FRISCHLEY

Ohio Appeals, 8th District, Cuyahoga County
No. 4603. Decided Oct. 23, 1923

269. NEW TRIAL.

Judgment by confession, suspended, and judgment for defendant entered on verdict—Reversed as against weight of evidence.

Vickery, Sullivan and Levine, JJ.

PER CURIAM.

#### Epitomized Opinion

Error to Cuyahoga Common Pleas

In the court below, Smalley brought action on a cognovite note, against Frischley, and judgment was taken and rendered by confession, for $5,000. During the same term a motion was made that judgment be suspended, until defendant could put in his defense. At the trial of the action after the defense

had been filed, the jury found for the defendant, and a motion for a new trial was made and overruled, and judgment entered upon the verdict, to reverse which this case was filed. The Court of Appeals held:

That the verdict was contrary to the evidence and not supported by sufficient evidence, and reversed and remanded the case to the Common Pleas for further proceedings.

Attorneys—Fred M. Bruml, for Smalley; Sam B. Fitzsimmons, for Frischley.